IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT MUNOZ PENA,
a/k/a ANTONIO CARMONA

 Plaintiff,

v.               Case No.: 3:11cv604/MCR/EMT

JAMES DAVID MESSICK,

 Defendant.

_____/

### O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 20, 2011 (doc. 4). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). None have been filed.

Having considered the Report and Recommendation, and the record, the court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This cause is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**DONE AND ORDERED** this 20th day of January, 2012.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**