UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ROBERT MUNOZ PENA,**
a/k/a **ANTONIO CARMONA**

    **Plaintiff,**

v.                                          Case No. 3:11cv604/MCR/EMT

**JAMES DAVID MESSICK,**

    **Defendant.**
_____/

## ORDER

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 26, 2013 (doc. 10). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a *de novo* determination of the timely filed objections (*see* doc. 12).

    Having considered the Report and Recommendation, and the objections thereto timely filed, the Court has determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff's motion to reopen (doc. 9) is **DENIED**.

    **DONE AND ORDERED** this 7th day of January, 2014.

                                          *M. Casey Rodgers*
                                          **M. CASEY RODGERS**
                                          **CHIEF UNITED STATES DISTRICT JUDGE**